**538**

a defendant has a reasonable time after the end of a storm to clean its lot. See Walker v. Memorial Hospital, 187 Va. 5, 45 S.E. 2d 898; Reuter Iowa Trust & Savings Bank, 244 Iowa 939, 57 N.W.2d 225; Mattson v. St. Luke's Hospital, 252 Minn. 230, 89 N.W.2d 743, 71 A.L.R.2d 422; Wise v. Great Atlantic & Pacific Tea Company, 94 Ohio App. 320, 115 N.E.2d 33; Kelly v. Huyvaert, 323 Ill.App. 643, 56 N.E.2d 638; Camp v. Kirkpatrick, Tex.Civ.App., 250 S.W.2d 413, (Ref. N.R.E.).

The judgment is affirmed.

RENFRO, Justice.

This is an appeal by Burton E. Ellis from a judgment rendered against him in the 96th District Court of Tarrant County.

Appellant did not file a brief.

The appeal is dismissed for want of prosecution. Rule 415, Texas Rules of Civil Procedure; Callaham v. Callaham, Tex. Civ.App., 353 S.W.2d 39; State v. Rydel, Tex.Civ.App., 336 S.W.2d 631.

Appeal dismissed.

**Burton E. ELLIS, Appellant,**

v.

**Mary Jane ELLIS, Appellee.**

No. 16352.

Court of Civil Appeals of Texas.

Fort Worth.

Sept. 21, 1962.

**Hiram W. KELLUM, Appellant,**

v.

**PACIFIC NATIONAL FIRE INS. COMPANY, Appellee.**

No. 16027.

Court of Civil Appeals of Texas.

Dallas.

July 27, 1962.

Rehearing Denied Sept. 28, 1962.

Yarborough, Yarborough & Johnson, and W. E. Johnson, Dallas, for appellant.

Clyde & Barnes and Al Clyde, Fort Worth, for appellee.